IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 09-cr-00012-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    PETER W. S. GRIGG,

    Defendant.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

On consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions to the Attorneys for the Defendant pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, it is,

ORDERED that copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorneys for the defendant for preparation for trial.

IT IS FURTHER ORDERED that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorney for the defendant.

DATED this 28th day of January, 2009, at Denver, Colorado.

                        BY THE COURT:

                        *Bob Blackburn*
                        Robert E. Blackburn
                        United States District Judge