IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 09-cr-00012-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER W.S. GRIGG,

    Defendant.

___

## PRELIMINARY ORDER OF FORFEITURE
___

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

THAT the United States and defendant Peter W.S. Grigg entered into a Plea Agreement, Cooperation Agreement and Stipulation of Facts which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. §853; and

THAT prior to the disposition of the asset, the United States is required to seize the forfeited property and to provide notice to third parties pursuant to 21 U.S.C. §853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Peter W.S. Grigg's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §853:

    a. $4,755.00 in United States Currency seized from defendant's briefcase.

    b. $12,215.00 in United States Currency seized from a safe in defendant's home.

    c. Assorted Coins seized from defendant's briefcase including the following:

       1. One U.S. 1996 gold ½ oz. Eagle;
       2. One Canada ½ oz. Gold Maple;
       3. One Canada 1 oz. Gold Maple;
       4. Five French 20-Franc Gold Angels; and
       5. One Canada 1/10 oz. Gold Maple.

   d. A portion of Assorted Coins seized from defendant's storage unit including the following:

       1. One U.S. 2007 gold Eagle 4-piece set (1.85 oz.);
       2. One South Africa 1/10 oz.  Gold Kruggerrand;
       3. Two Canada 1/20 oz.  Gold Maples;
       4. One South Africa ½ oz.  Gold Krugerrand;
       5. Four U.S. ½ oz.  Gold Eagles;
       6. Two Canada ½ oz.  Gold Maples;
       7. Twelve U.S. 1/4 oz.  Gold Eagles;
       8. Sixteen Canada 1/4 oz.  Gold Maples; and
       9. Nine Mexico 2 Peso gold.

THAT the United States Marshals Service, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

THAT the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within thirty (30) days of the last date of publication and make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853(n), in which all interests will be addressed.

SO ORDERED August 26, 2009.

       BY THE COURT:

       *Bob Blackburn*
       Robert E. Blackburn
       United States District Judge