**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Action No.   09-cr-00012-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  PETER W. S. GRIGG,

      Defendant.

---

### ORDER EXONERATING BOND

---

      This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant has been sentenced to probation of five years.   As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly,

      **IT IS ORDERED** as follows:

      1.  That the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released; and

      2.  That the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

      Dated December 8, 2009, at Denver, Colorado.

      BY THE COURT:

      Robert E. Blackburn
      United States District Judge