IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 09-cr-00012-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER W.S. GRIGG,

    Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

THAT the United States commenced this action pursuant to 21 U.S.C. §853;

THAT a Preliminary Order of Forfeiture was entered on August 26, 2009, (Docket #40);

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. §853(n);

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §853;

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §853, free from the claims of any other party:

    a. $4,755.00 in United States Currency seized from defendant's briefcase.

    b. $12,215.00 in United States Currency seized from a safe in defendant's home.

    c. Assorted Coins seized from defendant's briefcase including the following:

        1. One U.S. 1996 gold ½ oz. Eagle;
        2. One Canada ½ oz. Gold Maple;

3. One Canada 1 oz. Gold Maple;
   4. Five French 20-Franc Gold Angels; and
   5. One Canada 1/10 oz. Gold Maple.

d. A portion of Assorted Coins seized from defendant's storage unit including the following:

   1. One U.S. 2007 gold Eagle 4-piece set (1.85 oz.);
   2. One South Africa 1/10 oz. Gold Krugerrand;
   3. Two Canada 1/20 oz. Gold Maples;
   4. One South Africa ½ oz. Gold Krugerrand;
   5. Four U.S. ½ oz. Gold Eagles;
   6. Two Canada ½ oz. Gold Maples;
   7. Twelve U.S. 1/4 oz. Gold Eagles;
   8. Sixteen Canada 1/4 oz. Gold Maples; and
   9. Nine Mexico 2 Peso gold; and

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this March 19, 2010.

BY THE COURT:

_Bob Blackburn_
Robert E. Blackburn
United States District Judge